| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* | Chapter 7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **GW Ridge LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-2292015 | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **135 Technology Drive, Suite 410 Canonsburg, PA 15317** Number, Street, City, State & ZIP Code | **Ben Smith c/o CAM Integrated Solutions 17000 Katy Freeway, Suite 200 Houston, TX 77094** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Washington** County | **Location of principal assets, if different from principal place of business** **59 Somerset Dr. Eighty-Four, PA 15530** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor **GW Ridge LLC**   Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4860**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **Western District of Pennsylvania** | **11/22/21** | **21-22520(Involuntary** |
| | District | When | Case number |

Debtor **GW Ridge LLC**
Name

Case number (*if known*)

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____
Relationship _____
Case number, if known _____

**11.** Why is the case filed in *this district?*

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other: **Debtor owns a substantial amount of equipment & tools currently secured by a security service. However, continued security will need to be maintained. Additional equipment is located at other locations where 3rd parties have refused to turnover the equipment & security of the same is not guaranteed.**

Where is the property? **59 Somerset Dr., Eighty-Four, PA, 15530-0000 & 5200 Guernsey, Bellaire, OH 43906**
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
■ Yes. Insurance agency **Alliant Insurance Agency**
Contact name **Nick Kuntz**
Phone _____

---

**Statistical and administrative information**

**13.** Debtor's estimation of available funds

Check one:
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of creditors

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion

Debtor  **GW Ridge LLC**          Case number (*if known*)  _____
     Name

|  |  |  |  |
|---|---|---|---|
|  | ☐ $500,001 - $1 million | ☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor   **GW Ridge LLC**
         Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 1, 2021**
              MM / DD / YYYY

X _____          **Ben Smith**
Signature of authorized representative of debtor   Printed name

Title  **Interim CFO/Controller**

**18. Signature of attorney**

X   /s/ Melissa A. Haselden                       Date **December 1, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Melissa A. Haselden**
Printed name

**Haselden Farrow PLLC**
Firm name

**700 Milam, Suite 1300**
**Pennzoil Place**
**Houston TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **(832)819-1149**      Email address  **mhaselden@haseldenfarrow.com**

**00794778 TX**
Bar number and State

Debtor  **GW Ridge LLC**　　　　　　　　　　　Case number (*if known*)
　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number (*if known*) _____   Chapter  **7**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Ridge Payroll Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known | |
| Debtor | **Ridge Payroll, LLC** | | Relationship to you | **Affilate** |
| District | **Southern District of Texas** | When | Case number, if known | |

# WRITTEN CONSENT
# OF THE BOARD OF MANAGERS OF
# GW RIDGE, LLC

November 15, 2021

The undersigned, constituting all the members of the board of managers (the "Board") of GW Ridge, LLC, a Delaware limited liability company (the "Company"), do hereby waive notice of a meeting and do hereby consent to, confirm, approve and adopt the actions set forth below, effective as of November 15, 2021. All terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Limited Liability Company Agreement of the Company, dated as of July 20, 2019, as may be amended and restated from time to time (the "LLC Agreement").

**RESOLVED**, that in accordance with Section 5.9(b)(xvii) of the LLC Agreement, the Board has determined that it is desirable and in the best interests of the Company to immediately cease operations and file for bankruptcy protection under Chapter 7 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas where the majority of the Board is located and along with Chapter 7 filings for affiliated entities Ridge Payroll, LLC and Ridge Payroll Holdings, LLC; and

**RESOLVED**, that Ben Smith, Interim CFO/Controller of the Company ("CFO"), in consultation with the Board, is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code on behalf of the Company (the "Bankruptcy Case"); and

**RESOLVED**, that the CFO is authorized to prepare or cause to be prepared all other documents, pleadings and other instruments necessary to prosecute the Bankruptcy Case; and

**RESOLVED**, that the Company is authorized and directed to employ and retain the firm of Haselden Farrow, PLLC, Attorneys at Law, to represent the Company in its case under the Bankruptcy Code for a flat fee of $25,000, plus applicable filing fees; and

**RESOLVED FURTHER**, that any and all actions taken by the CFO, managers or officers of the Company, for and on behalf and in the name of this Company, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby, ratified, confirmed and approved in all respects for all purposes.

The undersigned, being all of the members of the Board of the Company, have duly executed this Written Consent as of the date first written above.

**BOARD OF MANAGERS:**

_____
DAVID FINAN

_____
M. ELIZABETH EMANUEL

_____
CRAIG PIERROTTI

_____
KARIANN ALEXANDER